**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL GONZALEZ, JR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Acting Commissioner of the <br> Social Security Administration, <br><br> Defendant. | ) NO. CV 12-10261 SS <br> ) <br> ) <br> ) **JUDGMENT** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

 IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: August 14, 2013

                                                 /S/ <br>
                                           SUZANNE H. SEGAL <br>
                                           UNITED STATES MAGISTRATE JUDGE